**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL CASE NO. 04-00020** |
| Plaintiff, | **MOTION TO WITHDRAW AS COUNSEL** |
| vs. | |
| **Sablan, Vicente A.,** | |
| Defendant. | |

NOW COMES, Attorney Joseph Camacho to respectfully move the Court to withdraw as Court-appointed Counsel for Defendant Vicente A. Sablan.  Attorney Camacho has recently been elected to the CNMI House of Representatives and no longer actively practice law.

Date: March 19, 2008                    Respectfully submitted


                            _____/S/_____
                            Joseph James Norita Camacho