```
                                                    FILED
                                                     Clerk
                                                  District Court

                                                   MAR 19 2008

                                          For The Northern Mariana Islands
                                          By_____
                                                    (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 04-00020 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER GRANTING MOTION |
| ) | TO WITHDRAW AS COUNSEL |
| VICENTE A. SABLAN, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

BASED UPON the motion of Joseph J.N. Camacho to withdraw as counsel for defendant due to counsel's responsibilities as an elected Representative, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that attorney Joseph J.N. Camacho be and hereby is relieved as counsel, effective immediately.

DATED this 19th day of March, 2008.

_____
ALEX R. MUNSON
Judge