F I L E D
Clerk
District Court

MAR 19 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00020-001 |
| ) | |
| Plaintiff, ) | |
| ) | **SUPPLEMENTAL DECLARATION** |
| vs. ) | **IN SUPPORT OF PETITION** |
| ) | |
| VICENTE A. SABLAN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Re: Violation of Supervised Release Supplement to Declaration filed March 12, 2008

I, U.S. Probation Officer Melinda N. Brunson, am the U.S. Probation Officer assigned to temporarily supervise the Court-ordered conditions of supervised release for Vicente A. Sablan, and in that capacity declare as follows:

Mr. Sablan is alleged to have committed additional violations of 18 U.S.C. § 3583(d).

**Mandatory Condition 1:** *The defendant shall refrain from any unlawful use of a controlled substance.* [18 U.S.C. § 3583(d)]

On March 18, 2008, Mr. Sablan reported to the U.S. Probation Office for quarterly drug and alcohol testing. U.S. Probation Officer John San Nicolas administered the drug test, which was presumptive positive for methamphetamine and amphetamine. Mr. Sablan admitted to smoking "ice" on March 15, 2008 and signed an Admission Form. He was also subjected to a breathalyser test and the results were negative for the presence of alcohol.

**Standard Condition 1:** The defendant shall report to the probation office and shall submit a truthful and complete written report within the first five days of each month.

SUPPLEMENTAL DECLARATION IN SUPPORT OF PETITION
Violation of Supervised Release Supplement to Declaration filed March 12, 2008
Re: SABLAN, Vicente A.
Criminal Case No. 04-00020-001
March 19, 2008
Page 2

On March 18, 2008, Mr. Sablan submitted his monthly report for February 2008. Mr. Sablan falsely reported that he did not use any illegal drugs during the month of February despite having admitted to smoking "ice" on February 10, 2008 after testing positive for methamphetamine and amphetamine.

**Recommendation:** The above information is respectfully submitted to supplement the Declaration in Support of Petition filed on March 12, 2008, and for consideration at the Violation Hearing set for March 26, 2008.

Executed this  19th  day of March 2008, at Saipan, MP, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By: _____
MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

_____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc: Beverly McCallum, Assistant United States Attorney
    F. Matthew Smith, Defense Attorney
    File