LEONARDO M. RAPADAS
United States Attorney
Beverly R. McCallum
Assistant United States Attorney
District of the Northern
        Mariana Islands
Horiguchi Bldg.; Ste. 300
P.O. Box 500377
Saipan, MP 96950
Tel: (670) 236-2980
Fax: (670) 236-2985

**UNITED STATES DISTRICT COURT**
**DISTRICT OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES of AMERICA, ) | Case No.: CR 04 - 00020 |
| Plaintiff, ) | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| v. ) | |
| VICENTE A. SABLAN, ) | |
| Defendant. ) | |

NOTICE is hereby given that Assistant United States Attorney Beverly R. McCallum is substituted in place of Jamie D. Bowers as attorney for the United States.

Respectfully submitted this 24th day of March, 2008.

                                                    LEONARDO M. RAPADAS
                                                    United States Attorney
                                                    Districts of Guam and the NMI

                                                   */s/ Beverly R. McCallum*
                                                    BEVERLY R. McCALLUM
                                                    Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2008, I electronically served the attached document on the following Electronic Case Filing user, by means of a Notice of Electronic Filing:

Matthew F. Smith                                          attorney.matt.smith@gmail.com
Attorney for the Defendant