F I L E D
Clerk
District Court

MAR 2 6 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00020-001 |
| ) | |
| Plaintiff, ) | |
| ) | SUPPLEMENTAL DECLARATION |
| vs. ) | IN SUPPORT OF PETITION |
| ) | |
| Vicente A. Sablan, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Re: **Violation of Supervised Release Supplement to Declaration filed March 12, 2008**

I, U.S. Probation Officer Melinda N. Brunson, am the U.S. Probation Officer assigned to temporarily supervise the Court-ordered conditions of supervised release for Vicente A. Sablan, and in that capacity declare as follows:

Mr. Sablan is alleged to have committed additional violations of 18 U.S.C. § 3583(d).

**Mandatory Condition 1:** *The defendant shall refrain from any unlawful use of a controlled substance.* [18 U.S.C. § 3583(d)]

On March 24, 2008, Mr. Sablan was randomly tested by Marianas Psychiatric Services and tested positive for methamphetamine and amphetamine. Mr. Sablan denied recent use of "ice" and the sample was sent to STL Laboratory for analysis. On March 25, 2008, Mr. Sablan failed to report to the U.S. Probation Office for a non-compliance meeting. This officer conducted a home visit to Mr. Sablan's residence in Tanapag and instructed him to report to the office by 4:00 that afternoon. During the non-compliance meeting, Mr. Sablan stated that he did not smoke "ice" since March 17, 2008. He explained that he smoked "a lot" of "ice" during a three day period between March 15 through March 17, 2008. Previously, Mr. Sablan had only admitted to smoking "ice" on March 15, 2008.

**Recommendation:** The above information is respectfully submitted to supplement the Declaration in Support of Petition filed on March 12, 2008, and for consideration at the Violation Hearing set for March 26, 2008.

Executed this __26th__ day of March 2008, at Saipan, MP, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

By: _____
MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

_____
CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:   Beverly McCallum, Assistant United States Attorney
      F. Matthew Smith, Defense Attorney
      File