# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-04-00020-001                                    March 26, 2008
                                                   10:10 a.m.

### UNITED STATES OF AMERICA -v- VICENTE A. SABLAN

PRESENT:  HON. ALEX R. MUNSON, JUDGE PRESIDING
          K. LYNN LEMIEUX, COURTROOM DEPUTY
          SANAE N. SHMULL, COURT REPORTER
          BEVERLY MC CALLUM, ASSISTANT U.S. ATTORNEY
          F. MATTHEW SMITH, Court Appointed ATTORNEY FOR DEFENDANT
          VICENTE A. SABLAN, DEFENDANT

PROCEEDINGS:  REVOCATION HEARING

Defendant appeared with  court appointed counsel, Attorney F. Matthew Smith. Government was represented by Beverly McCallum, AUSA.  Also present was U. S. Probation Officer, Melinda Brunson.

Defendant admitted his violations.

Government recommended  revocation and a term of 10 months imprisonment.

Defense recommended that the defendant be put under house arrest and undergo on-island treatment for his drug addiction.

Court, after hearing argument, ordered that Vicente A. Sablan's supervised release be **REVOKED** pursuant to 18 U.S.C. §3583(g)(1) and §7B1.3(a)(2a) and sentenced him to a term of **imprisonment of 10 months**.  Further, Court ordered that upon release from imprisonment, the defendant would be placed on supervised release for a term of 26 months with the following conditions:

1.    That he shall not commit another federal, state, or local crime;

2.    That  he shall not possess, use, distribute, or administer any controlled substances and that he shall submit to one urinalysis 15 days after release from imprisonment and to two more urinalysis thereafter, not to exceed eight drug tests per month at the direction of the U.S. Probation Office;

3.    That he shall comply with the standard conditions of supervised release as adopted by this court;

4.     The offender shall be prohibited from possessing a firearm or other dangerous weapon, as defined by federal, state, or local law, or have such weapon where he resides;

5.     That he shall participate in a program approved by the United States Probation Office for substance abuse, which program may include testing to determine whether he has reverted to the use of drugs;

6.     That he shall complete 100 hours of community service under the direction of the U.S. Probation Office; and

7.     That he shall pay his $100 special assessment fee.


Defendant was advised that he had ten days in which to make an appeal on this sentencing.  Further, he was advised, that if he could not afford counsel, that court would appoint counsel for his defense.

Defendant was remanded into the custody of the U.S. Marshal until further order of the Court.

Adj. at 10:30 a.m.


/s/ K. Lynn Lemieux, Courtroom Deputy