ORIGINAL

F I L E D
Clerk
District Court

MAR 27 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

⬥AO83    (Rev. 12/85) Summons in a Criminal Case

# United States District Court
## District of the Northern Mariana Islands

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>VICENTE A. SABLAN | **SUMMONS IN A CRIMINAL CASE**<br><br>CASE NUMBER:   CR-04-00020-001 |

(Name and Address of Defendant)

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| Place: | United States District Court<br>District of the Northern Mariana Islands<br>1st Floor, Horiguchi Building<br>Beach Road, Garapan<br>Saipan, MP 96950 | Room<br>101 |
|---|---|---|
| | | Date and Time<br>Wednesday, March 26, 2008<br>at 10:00 a.m. |
| Before: | Honorable, Alex R. Munson, Chief Judge | |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☑ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title ___18___ United States Code, Section(s) ___3583(d)___

Brief description of offense:

| | |
|---|---|
| Violation Number: | Nature of Violation: |
| Special Condition | The defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance. |
| Special Condition | The defendant shall pay to the United States a $100 special assessment fee. |
| Special Condition | The defendant shall report to the probation office and shall submit a truthful and complete written report within the first five days of each month. |

_____
Signature of Issuing Officer

03/12/2008
Date

Alex R. Munson, Chief Judge
Name and Title of Issuing Officer

**RECEIVED**
MAR 12 2008
US MARSHALS SERVICE-CNMI

AO83     (Rev. 12/85) Summons in a Criminal Case

# RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 03/18/08 |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant at: __US Probation office D/NM__
__by USPD Mindy Brunson During Monthly UA Test__

[ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

[ ] Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on __03-26-08__         __J. G. Salas__ CDUSM
              Date                Name of United States Marshal (Acting)

                                  __W. M. Calvert__
                                  (by) Deputy United States Marshal

Remarks: _Served by Federal officer other than USMS._

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.